# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GONZALEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-at-00014<br><br>**ORDER ON APPLICATION TO<br>PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

On January 9, 2012, Plaintiff Christopher Gonzalez ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 2.)  The Court determined that Plaintiff's application to proceed *in forma pauperis* failed to provide complete responses to Questions 3, 4, and 5. Specifically, the application failed to answer either "yes" or "no" as required to those questions. As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:   January 11, 2012**           /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE