1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 CHRISTOPHER GONZALEZ              )    Case No. 12-104 JLT
                                     )
12                                   )
                                     )
13                                   )    STIPULATION AND
                                     )    ORDER EXTENDING PLAINTIFF'S
14          Plaintiff,               )    TIME TO FILE SUMMARY
                                     )    JUDGEMENT MOTION
15 v.                                )
                                     )
16 MICHAEL J. ASTRUE                 )
   Commissioner of Social Security   )
17 of the United States of America,  )
                                     )
18          Defendant.               )
                                     )
19 _____   )

20
        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
   Plaintiff's time to file her summary judgment motion is hereby extended from October 15, 2012, to
22
   November 15, 2012,  and that all other due dates shall be extended accordingly.   Counsel's schedule
23
   is impacted and she needs to extend the due date for his summary judgment motion.   This is Plaintiff's
24
   first requested extension on this case.
25
   / / / /
26
   / / / /
27
   / / / /
28

                                          1

1

2

3   Dated: October 15, 2012                    */s/Bess M. Brewer*
                                              BESS M. BREWER
4                                             Attorney at Law

5                                             Attorney for Plaintiff

6

7
    Dated: October 15, 2012                   Benjamin B. Wagner
8
                                              United States Attorney
9
                                              Donna L. Calvert
10                                            Acting Regional Chief Counsel, Region IX
                                              Social Security Administration
11
                                              /s/ Tova D. Wolking,_____
12                                            TOVA D. WOLKING

13                                            Special Assistant United States Attorney
                                              Attorneys for Defendant
14

15                          **ORDER**

16  IT IS SO ORDERED.

17  Dated:  **October 15, 2012**                        **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28