BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER GONZALEZ** | Case No. 12-104 JLT |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 15, 2012, to November 15, 2012, and that all other due dates shall be extended accordingly.   Counsel's schedule is impacted and she needs to extend the due date for his summary judgment motion.   This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: October 15, 2012 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 4 | | Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: October 15, 2012 | Benjamin B. Wagner |
| 9 | | United States Attorney |
| 10 | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 11 | | |
| 12 | | /s/ Tova D. Wolking,<br>TOVA D. WOLKING |
| 13 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:   **October 15, 2012**                                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE

2