# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GONZALEZ, | Case No.: 1:12-cv-00104- JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE ISSUED NOVEMBER 19, 2012 |
| v. | |
| COMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Christopher Gonzalez ("Plaintiff") initiated this action against the defendant, Commissioner of Social Security, on January 9, 2012.  (Doc. 1).  On November 19, 2012, the Court issued an order to show cause why the action should not be dismissed, directing Plaintiff to file a response or his motion for summary judgment no later than two weeks from the date of service.  On December 3, 2012, Plaintiff filed a timely response to the Court's order.  (Doc. 18).

Accordingly, the order to show cause dated November 19, 2012, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  **December 4, 2012**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1