UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00104 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 22) |

On January 2, 2013, the parties filed a stipulation for Defendant to have an extension of thirty days to file opposition to Plaintiff's opening brief. (Doc. 22). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by the parties.   Accordingly, **IT IS HEREBY ORDERED**:

　　1.　　Defendant's request for an extension of time is **GRANTED**.

　　2.　　Defendant **SHALL** file an opposition on or before **February 1, 2013**.


IT IS SO ORDERED.

　　Dated:　**January 4, 2013**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1