1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GONZALEZ, | Case No.: 1:12-cv-00104 - JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 22) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 2, 2013, the parties filed a stipulation for Defendant to have an extension of thirty days to file opposition to Plaintiff's opening brief. (Doc. 22). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by the parties. Accordingly, **IT IS HEREBY ORDERED**:

    1.    Defendant's request for an extension of time is **GRANTED**.

    2.    Defendant **SHALL** file an opposition on or before **February 1, 2013**.

IT IS SO ORDERED.

Dated: **January 4, 2013**        /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE